**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6428

MICHAEL ADKINS,

Plaintiff - Appellant,

versus

DOCTOR DECOCO, Doctor of Psychiatry; DOCTOR
HARRIS, Doctor of Psychologist; DOCTOR BOND,
Doctor of Psychologist,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CA-05-118-2)

Submitted: June 23, 2005                Decided: June 30, 2005

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Adkins appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Adkins v. Decoco, No. CA-05-118-2 (E.D. Va. filed March 17, 2005 & entered March 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED